[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 14-12382; 14-12383
Non-Argument Calendar
_____

D.C. Docket Nos. 3:12-cr-00072-MCR-1; 3:13-cr-00091-MCR-1


UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

ANTWON JOSHUA WESLEY,

Defendant-Appellant.


_____

Appeals from the United States District Court
for the Northern District of Florida
_____

(January 26, 2015)

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Antwon Joshua Wesley, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgments revoking Wesley's supervised release and imposing his resulting sentences are **AFFIRMED**.